# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
June 10, 2021

Lyle W. Cayce
Clerk

No. 20-50161
CONSOLIDATED WITH
No. 20-50165
Conference Calendar

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

LUIS NOEL ROSAS-MORALES,

*Defendant—Appellant*.

Appeals from the United States District Court
for the Western District of Texas
USDC No. 4:19-CR-432-6
USDC No. 4:19-CR-773-1

Before DAVIS, ELROD, and OLDHAM, *Circuit Judges*.

PER CURIAM:*

The attorney appointed to represent Luis Noel Rosas-Morales has moved for leave to withdraw and has filed a brief in accordance with *Anders*

---

* Pursuant to 5TH CIRCUIT RULE 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIRCUIT RULE 47.5.4.

No. 20-50161
c/w No. 20-50165

*v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011).  Rosas-Morales has not filed a response.  We have reviewed counsel's brief and the relevant portions of the records reflected therein.  We concur with counsel's assessment that the appeals present no nonfrivolous issue for appellate review.   Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeals are DISMISSED. *See* 5TH CIR. R. 42.2.